

# NUMBER 13-18-00504-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ANDY RODRIGUEZ, INDIVIDUALLY
AND AS NEXT FRIEND FOR KAYLA
RODRIGUEZ AND GIANNA
RODRIGUEZ AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF STEPHANIE REYES, DECEASED,
RENE REYES, AND LETICIA REYES,                                    Appellants,

v.

MCALLEN HOSPITALS, L.P.,                                          Appellee.

On appeal from the 139th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Longoria and Hinojosa
Memorandum Opinion by Chief Justice Valdez

Appellants filed an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause number C-3998-17-C. Appellants have filed an unopposed motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

<u>**/s/ Rogelio Valdez**</u>
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
18th day of October, 2018.